Saturday,
December 27.

Munly *v.* The State.—In error.

THE defendant's right, in the case of an indictment, to challenge a juror peremptorily, remains open until the juror is sworn. See *Beauchamp* v. *The State,* 6 Blackf. 299.—1 Chitt. C. L. 545.—*Hooker* v. *The State,* 4 Ohio, 348.